## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE UNITED STATES, )<br><br>Defendant. ) | Case No. 1:23−cv−01045−CFL |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the United States Court of Federal Claims, Plaintiff The Port Authority of New York and New Jersey gives notice that this action is voluntarily dismissed. Defendant United States has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: July 18, 2023

Respectfully submitted,

*s/ Jessica L. Mattavi*
Jessica L. Mattavi
Loeb & Loeb LLP
901 New York Ave. NW
Suite 300E
Washington D.C. 20001
Telephone: (202) 618-5000
Facsimile: (202) 618-5001
jmattavi@loeb.com

24316359.1
231782-10003